**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re Frank J Redmond,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>,<br><br>　　　　Defendant.<br>_____ | Case No. ED CV 17-464-R<br><br>**ORDER OF DISMISSAL BY LACK OF PROSECUTION AND FOR FAILURE TO COMPLY WITH THIS COURT'S ORDER RE: NOTICE TO COUNSEL** |

　　Appellant/Appellants were ordered to show cause in writing by not later than **April 28, 2017** why this action should not be dismissed for failure to submit their required transcript;

　　WHEREAS, this period has elapsed without any action by plaintiff/parties.

　　The Court hereby DISMISSES the instant case for lack of prosecution and for failure to comply with this Court's Order Re: Notice to Counsel.

Dated: May 22, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　United States District Judge